UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

POP DADDY POPCORN, LLC,
a Michigan limited liability company,

Plaintiff,

v.

UNIFIED FLEX PACKAGING TECHNOLOGIES, LLC,
a Delaware limited liability company,
and
UNIFIED FLEX PACKAGING TECHNOLOGIES,
a Canadian federal corporation,

Defendants / Third-Party Plaintiffs,

v.

GOLDEN CROWN, INC.,
a Michigan Corporation,

Third-Party Defendant.

Case No. 4:23-cv-12994-FKB-EAS

Hon. F. Kay Behm
Magistrate Elizabeth A. Stafford

**STIPULATED ORDER TO REINSTATE CASE AND FOR ENTRY OF CONSENT JUDGMENT**

This matter having come before the Court pursuant to the Parties Stipulated Order to Reinstate Case and for Entry of Consent Judgment, and the Court being fully advised in the premises:

**IT IS ORDERED** that this case is reinstated.

**IT IS FURTHER ORDERED** that judgment is hereby entered in favor of Pop Daddy Popcorn, LLC ("Plaintiff") and against Unified Flex Packaging Technologies, LLC and Unified

Flex Packaging Technologies ("Defendants"), jointly and severally, in the amount of $80,000, including all necessary costs and attorneys' fees Plaintiff incurs in enforcing this Judgment. Pursuant to the parties Settlement Agreement and Release of Claims, Defendants shall receive a credit for any settlement amounts paid to Plaintiff from and after September 15, 2025. *The amount of this credit is $25,714.26, resulting in the amount of this judgment ($80,000 - $25,714.26) of* ***$54,285.74.***

**IT IS FURTHER ORDERED** that this judgment shall be immediately enforceable.

**IT IS SO ORDERED**.

*This order resolves the last pending claim and closes the case.*

Date: August 7, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

We stipulate to the entry of the above Consent Judgment:

By: */s/ William L. Thompson*
William L. Thompson (P80123)
VARNUM LLP
*Attorney for Plaintiff*
480 Pierce St., Ste. 300
Birmingham, MI 48009
Phone: (313) 481-7330
Email: wlthompson@varnumlaw.com

Dated: August 7, 2025

By: */s/ Jonathan R. Moothart*
Jonathan R. Moothart (P40678)
Moothart & Sarafa, PLC
*Attorneys for Plaintiff*
P.O. Box 243
Williamsburg, MI 49690
Phone: (231) 947-8048
Email: jon@moothartlaw.com

Dated: August 7, 2025

Agreed to by,

**POP DADDY POPCORN, LLC**

By: /s/ Mark T. Sarafa

Its: Managing Officer

Date: 9/04/2025

**UNIFIED FLEX PACKAGING TECHNOLOGIES, LLC**

By: Al Aman

Its: Director

Date: Sept. 4, 2025

**UNIFIED FLEX PACKAGING TECHNOLOGIES**

By: Al Aman

Its: Director

Date: Sept. 4, 2025