UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

**Pop Daddy Popcorn, LLC,**

Plaintiff,

v.

Case No: 23-12994-FKB-EAS
Judge F. Kay Behm
Mag. Elizabeth A. Stafford

**Unified Flex Packaging Technologies, LLC, et al.,**

Defendants.

---

# STIPULATED AMENDED CONSENT JUDGMENT

Upon the stipulation of the parties, and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED AND ADJUDGED:**

**1. Amended Judgment.** The Consent Judgment previously entered on August 7, 2026 (ECF No. 66) is amended and superseded in its entirety. Judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount of Forty Thousand Dollars ($40,000.00) (the "Judgment Amount").

**2. Conditional Satisfaction.** Notwithstanding the Judgment Amount, Plaintiff agrees to accept Fifteen Thousand Dollars ($15,000.00) (the "Settlement Amount") in full and final satisfaction of the Judgment and all obligations arising from the underlying settlement agreement and this litigation, subject to the terms below.

3. **Payments.** Defendants shall pay three equal installments of $5,000.00 on October 15, November 15, and December 15, 2026, respectively. If a due date falls on a weekend or federal holiday, payment is due on the next business day. Payment is timely if initiated on or before the due date and received within three business days thereafter. Payments shall be made to "Pop Daddy Popcorn, LLC" and shall be sent to Jonathan R. Moothart, P.O. Box 243, Williamsburg, MI 49690. Defendants may prepay without penalty.

4. **Stay of Enforcement.** Plaintiff shall not execute upon, garnish, levy, record or enforce a lien based upon, or otherwise seek to collect the Judgment while Defendants comply with this Amended Consent Judgment, including during any applicable notice-and-cure period.

5. **Notice and Cure.** Before exercising any remedy for a missed installment, Plaintiff shall give written notice to Defendants' counsel by email to ianboltonlaw@gmail.com, identifying the payment due. Defendants shall have thirty (30) calendar days after receipt of notice to cure. A timely cured default shall not terminate the Settlement Amount compromise, accelerate the Judgment, or count as a default in any subsequent proceeding.

6. **Uncured Default.** Only if Defendants fail to cure within the stated period may Plaintiff enforce the unpaid balance of the $40,000.00 Judgment Amount, with a dollar-for-dollar credit for every payment actually received on or

after the date of this amended judgment. Before enforcement Plaintiff shall provide a written accounting. No contractual penalty, late fee, or additional attorney fee or collection cost is recoverable solely because of a payment default under this Judgment so long as such payment default is timely cured.

7. **Satisfaction.** Upon receipt of payments totaling $15,000.00, with no uncured default then existing, the Judgment shall be fully and irrevocably satisfied. Within five (5) business days after such full payment, Plaintiff shall file a Satisfaction of Judgment and take reasonably necessary steps to release any Judgment-based liens, garnishments, and collection measures. Conditioned upon and after such full payment, Plaintiff waives collection of the remaining $25,000.00 and any interest, fees, or costs arising from the Judgment or underlying settlement.

8. **Interest and Fees.** No interest, attorney fees, costs, or other charges shall be added to the Settlement Amount during the payment period unless a default remains uncured after the notice and cure period. Upon full payment of the Settlement Amount, Plaintiff waives all additional amounts associated with the Judgment and underlying settlement.

9. **Conflicts.** This Amended Consent Judgment supplements, and shall not supplant, the prior Consent Judgment and the parties' settlement agreement; provided, however, that in the event of any conflict between this Amended Consent

Judgment and the prior Consent Judgment and/or the parties' prior settlement agreement, the terms of this Amended Consent Judgment shall be controlling.

**10. Jurisdiction.** The Court retains jurisdiction to enforce and interpret this Amended Consent Judgment.

**IT IS SO ORDERED.**

Dated: September 29, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

**STIPULATED AND AGREED:**

*/s/ Jonathan R. Moothart (w/consent)*
Jonathan R. Moothart (P40678)
*Counsel for Plaintiff*

*/s/ Ian S. Bolton*
Ian S. Bolton (P68872)
*Counsel for Defendants*